UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on September 21, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey

IN RE:
ARNALDO CRUZ

Debtor(s)

Case No. 13-31202-SLM

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSE

AND NOW, this 21st day of September, 2016, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $3,869.11 is reasonable compensation for the services in this case by NANCY ISAACSON, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $0.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

**DATED: September 21, 2016**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

DATED: July 20, 2016