UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on September 21, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

IN RE:
ARNALDO CRUZ

Debtor(s)

Case No. 13-31202-SLM

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSE

AND NOW, this 21st day of September, 2016, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $3,869.11 is reasonable compensation for the services in this case by NANCY ISAACSON, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $0.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**DATED: September 21, 2016**

DATED: July 20, 2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-31202-SLM
Arnaldo Cruz                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Sep 21, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2016.
db            +Arnaldo Cruz,    21 Taft Lane,    Morristown, NJ 07960-6160

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2016 at the address(es) listed below:
              Antonio R. Espinosa    on behalf of Debtor Arnaldo  Cruz Andespbk@gmail.com
              Denise E. Carlon    on behalf of Creditor   Wells Fargo Bank, NA
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Joel A. Ackerman    on behalf of Creditor   Wells Fargo Bank, NA
               bankruptcynotice@zuckergoldberg.com
              Nancy Isaacson    on behalf of Trustee Nancy  Isaacson nisaacson@greenbaumlaw.com,
               admin@remote7solutions.com;J101@ecfcbis.com
              Nancy Isaacson    nisaacson@greenbaumlaw.com,    admin@remote7solutions.com;J101@ecfcbis.com
              Thomas A. Waldman    on behalf of Trustee Nancy  Isaacson twaldman@greenbaumlaw.com
                                                                                             TOTAL: 6